## M. R. KIRKPATRICK v. GEORGE VAUX ET AL.

ERROR TO THE COURT OF COMMON PLEAS NO. 4 OF PHILADELPHIA COUNTY.

Argued April 4, 1889—Decided May 20, 1889.

*Mr. Lewin W. Barringer*, for the plaintiff in error.

*Mr. Francis I. Gowen*, for the defendants in error.

[This case, an action of trover by George Vaux and others, Committee of Six having charge of the joint funds of the three monthly meetings of the Society of Friends, against Moderwell R. Kirkpatrick, error to No. 195 January Term 1889, Sup. Ct., was argued on April 4, 1889, and decided May 20, 1889. Up to this date, August 22, 1889, the Reporter has not been able to obtain the opinion filed.]